UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CECIL JOHNSON, JR.,

      Plaintiff,

v.                           Civil Action No. 2:18-cv-00728

ADMINISTRATOR,
Southwestern Regional Jail,

      Defendant.

## MEMORANDUM OPINION AND ORDER

The court has received the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Judge Dwane L. Tinsley entered on March 29, 2021, recommending the dismissal of this case based on plaintiff's failure to state a claim upon which relief can be granted. ECF No. 3. Plaintiff has not filed any objections to the PF&R.

Accordingly, the PF&R is adopted by the court and it is ORDERED that this case be, and it hereby is, dismissed from the court's docket.

The Clerk is directed to forward copies of this memorandum opinion and order to any unrepresented parties, all counsel of record, and the United States Magistrate Judge.

ENTER: June 23, 2021

John T. Copenhaver, Jr.
Senior United States District Judge